UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.06-14005-CR-GRAHAM/LYNCH(s)

18 U.S.C. 922(g)(5)
18 U.S.C. 924(a)(2)
26 U.S.C. 5841
26 U.S.C. 5845 (a) and (f)
26 U.S.C. 5861(d)
26 U.S.C. 5871

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHETANAND KUMAR SEWRAZ,
a/k/a ASHLEY SEWRAZ,

    Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about December 4, 2005, in Indian River County, in the Southern District of Florida, the defendant,

**CHETANAND KUMAR SEWRAZ,
a/k/a ASHLEY SEWRAZ,**

then being an alien that had been admitted to the United States under a non-immigrant visa, as defined in Title 8, United States Code, Section 1101(a)(26), did knowingly possess a firearm, to wit: a destructive device, as defined by Title 26, United States Code, Sections 5845(a) and (f), in or affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## COUNT TWO

On or about December 4, 2005, in Indian River County, in the Southern District of Florida, the defendant,

**CHETANAND KUMAR SEWRAZ,**
**a/k/a ASHLEY SEWRAZ,**

did knowingly possess a firearm, to wit: a destructive device, as defined by Title 26, United States Code, Sections 5845(a) and (f), that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## COUNT THREE

On or about October 29, 2005, in Indian River County, in the Southern District of Florida, the defendant,

**CHETANAND KUMAR SEWRAZ,**
**a/k/a ASHLEY SEWRAZ,**

then being an alien that had been admitted to the United States under a non-immigrant visa, as defined in Title 8, United States Code, Section 1101(a)(26), did knowingly possess a firearm, to wit: a destructive device, as defined by Title 26, United States Code, Sections 5845(a) and (f), in or affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## COUNT FOUR

On or about October 29, 2005, in Indian River County, in the Southern District of Florida, the defendant,

**CHETANAND KUMAR SEWRAZ,
a/k/a ASHLEY SEWRAZ,**

did knowingly possess a firearm, to wit: a destructive device, as defined by Title 26, United States Code, Sections 5845(a) and (f), that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 06-14005-CR-GRAHAM/LYNCH(s)

v.

**CHETANAND KUMAR SEWRAZ,**
a/k/a **ASHLEY SEWRAZ,**

Defendant.

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)        Yes ___    No _X_
Number of New Defendants  ___
Total number of counts    _4_

Court Division:
___ Miami     ___ Key West
___ FTL       ___ WPB   _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_   List language and/or dialect _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_             Petty     ___
   II   6 to 10 days      ___             Minor     ___
   III  11 to 20 days     ___             Misdem.   ___
   IV   21 to 60 days     ___             Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _Yes_
   If yes:
   Magistrate Case No. _06-04-FJL_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _March 9, 2006_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?  ___ Yes _X_ No

*[signature: Corey Steinberg]*
Corey Steinberg
Assistant United States Attorney
Florida Bar No. 0563234

Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUPERSEDING PENALTY SHEET

CASE NO. 06-14005-CR-GRAHAM/LYNCH(s)

Defendant's Name:   **CHETANAND KUMAR SEWRAZ,**
                    **a/k/a ASHLEY SEWRAZ**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of Firearm by Illegal Alien | 26:5845(a) and (f)<br>18:922(g)(5)<br>18:924(a)(2) | 0-10 years<br>$250,000 fine<br>3 years supervised release |
| 2 | Possession of Unregistered Firearm | 26:5841<br>26:5861(d)<br>26:5871 | 0-10 years<br>$10,000 fine<br>3 years supervised release |
| 3 | Possession of Firearm by Illegal Alien | 26:5845(a) and (f)<br>18:922(g)(5)<br>18:924(a)(2) | 0-10 years<br>$250,000 fine<br>3 years supervised release |
| 4 | Possession of Unregistered Firearm | 26:5845(a) and (f)<br>26:5841<br>26:5861(d)<br>26:5871 | 0-10 years<br>$10,000 fine<br>3 years supervised release |