UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-14062-CIV-GRAHAM

**CLOSED CIVIL CASE**

CHETANAND KUMAR SEWRAZ,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Movant's _pro se_ motion for vacate pursuant to 28 U.S.C. § 2255 [D.E. 1].

**THE MATTER** was referred to the referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 2]. The Magistrate issued a Report and Recommendation [D.E. 44] (the "Magistrate Judge's Report") for this Court's consideration recommending that the motion to vacate be denied. Petitioner has not filed timely objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 44] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** Movant's motion to vacate [D.E. 1] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of May, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
Chetanand Kumar Sewraz, pro se
Counsel of Record